AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CESAR L/N/U

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ-05 855-MBB

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 4/13/05, 4/19/05, and 5/10/05 in Norfolk county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense)

knowingly transfer identification documents, authentication features, and false identification documents knowing that such documents or features were stolen or produced without lawful authority
AND
sold orders, records, signatures and other instruments, papers, and proceedings required and authorized by any law relating to registry of aliens, knowing the same to be false, forged, altered, antedated, or counterfeited

in violation of Title 18 United States Code, Section(s) 1028(a)(2) and 1426(b).

I further state that I am a(n) ICE Special Agent and that this complaint is based on the following
                                    Official Title
facts:

Please see attached affidavit

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

June 17, 2005 @ 12:50 PM                at        Boston, Massachusetts
Date                                               City and State

Marianne B. Bowler
United States Magistrate Judge                     Marianne B. Bowler, USMJ
Name & Title of Judicial Officer                   Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.